**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____     Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Anne Holding LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0334388 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 587 Beck St | |
| Number   Street | Number   Street |
| | P.O. Box |
| Bronx           NY     10455 | |
| City            State  ZIP Code | City            State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Bronx County | 181 Maujer Street |
| County | Number   Street |
| | |
| | Brooklyn        NY     11206 |
| | City            State  ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

---

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 1

Debtor __Anne Holding LLC_____   Case number *(if known)*_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
       District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor __Tiffany Holding LLC_____  Relationship __Affiliate_____
       District __NYSB_____  When __01/24/2024_____
                                         MM / DD / YYYY
       Case number, if known _____

Debtor __Anne Holding LLC_____    Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** (*Check all that apply.*)<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>              Number    Street<br>    _____<br>    _____<br>    City                                        State    ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes. Insurance agency _____<br>           Contact name _____<br>           Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| 14. **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Official Form 201                               Voluntary Petition for Non-Individuals Filing for Bankruptcy                           page **3**

| Debtor | Anne Holding LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/25/2024
             MM / DD / YYYY

✗ /s/ Emmanuel Ku                             Emmanuel Ku
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✗ /s/ Mark Frankel                            Date  01/25/2024
Signature of attorney for debtor                     MM / DD / YYYY

Mark Frankel
Printed name

Backenroth Frankel & Krinsky, LLP
Firm name

488 Madison Avenue FL 23
Number     Street

NEW YORK                             NY        10022-7658
City                                 State     ZIP Code

212-593-1100                         mfrankel@bfklaw.com
Contact phone                        Email address

3010238                              NY
Bar number                           State

**Fill in this information to identify the case:**

Debtor name ___Anne Holding LLC_____

United States Bankruptcy Court for the: ___Southern District of New York___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                                 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ......................................................................................................... $ 1,875,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ....................................................................................................... $ 6,215.21

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ......................................................................................................... $ 1,881,215.21

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ $ 989,707.12

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................. +$ 299,866.58

4. **Total liabilities**.................................................................................................................................... $ 1,289,573.70
   Lines 2 + 3a + 3b

**United States Bankruptcy Court**

**IN RE:**  Case No._____

Anne Holding LLC
_____  Chapter  \_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Emmanuel Ku<br>3532 159th St, Flushing, NY 11358 | 1.00 | Managing member |
| Guangxi Holding LLC<br>2 Union St, Norwich, CT 06360 | 99.00 | Other (Member) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                                  Chapter 11

    Anne Holding LLC,                                              Case No.  24-_____

                         Debtor.
---------------------------------------------------------x

## **STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

       I, Emmanuel Ku, Managing Member of Anne Holding LLC (the "Debtor") states under penalty of perjury, that the following is a true and correct copy of the resolutions adopted by the sole member of the Debtor at a special meeting duly called and held on January 25, 2024:

"Whereas, it is in the best interest of the Debtor to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Emmanuel Ku, Managing Member of the Debtor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Debtor; and

Be It Further Resolved, that Emmanuel Ku, Managing Member is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

Be It Further Resolved, that Emmanuel Ku, Managing Member is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP in such bankruptcy case."

Dated: New York, New York
      January 25, 2024

<u>s/Emmanuel Ku, Managing Member</u>

2

# **RESOLUTION**

Whereas, it is in the best interest of Anne Holding LLC (the "Debtor") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Emmanuel Ku, Managing Member, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case; and

Be It Further Resolved, that Emmanuel Ku, Managing Member, is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

Be It Further Resolved, that Emmanuel Ku, Managing Member**,** is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP in such bankruptcy case.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New York - Southern

In re Anne Holding LLC

Case No. _____

Chapter 11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Anne Holding LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

Guangxi Holding LLC

1/25/2024
Date

/s/ Mark Frankel
Statement of attorney or Litigant

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

**In re** Anne Holding LLC

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $13,262.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $695.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

      d.  [Other provisions as needed]

providing the Debtor with legal counsel regarding its powers and duties as a debtor-in possession in the continued operation of its business and management of its property during the Chapter 11 case; preparing on behalf of the Debtor all necessary applications, answers, orders, reports, and other legal documents which may be required with the Chapter 11 case; providing the Debtor with legal services regarding formulating and negotiating a plan of reorganization with creditors; and performing such other legal services for the Debtor as required during the Chapter 11 case, including but not limited to, the institution of actions against third parties, objections to claims, and the defense of actions which may be brought by third parties against the Debtor.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Fee amount is paid as a retainer and does not cover fees incurred after the retainer is exhausted.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 01/25/2024 | /s/ Mark Frankel, 3010238 |
| *Date* | *Signature of Attorney* |
| | Backenroth Frankel & Krinsky, LLP |
| | *Name of law firm* |
| | 488 Madison Avenue |
| | FL 23 |
| | NEW YORK, NY 10022-7658 |

United States Bankruptcy Court
Southern District of New York

In re: Anne Holding LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/25/2024

/s/ Emmanuel Ku
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

All County Sewer & Drain, Inc
7 Greenfield Drive
Warwick, NY 10990

Andres F. Talero
181 Maujer St
Brooklyn, NY 11206

Beck Street Management LLC
587 Beck St
Bronx, NY 10455

Best Air & Plumbing

Callie Rosenfield
181 Maujer St
2L
Brooklyn, NY 11206

City of New York
c/o New York City Law Dept
100 Church St
New York, NY 10007

Cohen Hochman & Allen
75 Maiden Lane
Suite 802, NY 10038

Devan Banks
181 Maujer St
4L
Brooklyn, NY 11206

DOF NPL III LLC
1010 Northern Blvd, Attn Harry Zubli
Suite 306
Great Neck, NY 11021

Emmanuel Ku
3532 159th St
Flushing, NY 11358

Emmanuel Ku
3532 159th St
Flushing
NY 11358

Eric Sedeno
181 Maujer St
3L
Brooklyn, NY 11206

Guangxi Holding LLC
2 Union St
Norwich
CT 06360

Hartford Steam Boiler Inspection and Insuranc
595 East Swedesford Rd
Wayne, PA 19087

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Jack Jaffa & Associates
147 Prince St
Brooklyn, NY 11201

Ketty Vidro
181 Maujer St
4R
Brooklyn, NY 11206

Lead and Mold Detectives LLC
73 Garden St
Roslyn Heights, NY 11577

New York State Dept Finance
Bankruptcy Unit
POB 5300
Albany, NY 12205

NYC Department of Finance
66 John St
2nd floor
New York, NY 10038

NYC Dept Bldgs
280 Broadway
New York, NY 10007

NYC Dept Env. Prot.
59-17 Junction Blvd Fl 13
Elmhurst, NY 11373

NYC Dept. Finance
375 Pearl Street 30th Fl
Attn: Legal Affairs
Brooklyn, NY 11201

NYC Housing Pres. Dev.
100 Gold St
New York, NY 10038


NYC Water Board
PO Box 11863
Newark, NJ 07101


NYC Water Board
POB 11863
Newark, NJ 07101


NYS Attorney General
28 Liberty St.
New York, NY 10005


Office of United States Trustee
One Bowling Green
New York, NY 10007


Peoples Premium Finance
600 SW Jefferson
Suite 204
Lee's Summit, MO 64081


Samuel J. Dewees
181 Maujer St
2R
Brooklyn, NY 11206


United States Attorney
1 Saint Andrews Plaza
New York, NY 10007


United States SEC
Attn:  Bankruptcy
200 Vesey St. Suite 400


US Small Business Administration
409 3rd St
SW Washington, DC 20416


Vicente Sarmiento
181 Maujer St
1F-L
Brooklyn, NY 11206